UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVER'S ASSOCIATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-CV-219 (JCH) |
| | ) | |
| UNITED VAN LINES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs' Complaint is

**DISMISSED** with Prejudice and Defendant's Counterclaim is **DISMISSED** without prejudice.

Dated this 6th day of November, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE