UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT ) | |
| DRIVER'S ASSOCIATION, INC., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV0219 JCH |
| ) | |
| UNITED VAN LINES, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Defendant United Van Lines' Motion for Bill of Costs and Memorandum in Support, filed November 26, 2007. (Doc. No. 100). In its motion, Defendant requests an award of its copying costs of discovery documents based upon Plaintiffs' voluntary dismissal of certain claims and this Court's dismissal of Claims I-III. (Id.). Plaintiffs appealed the dismissal of Claims I-III of the Complaint. On February 12, 2009, the Eighth Circuit affirmed the dismissal of Claim III but reversed this Court's dismissal of Claims I and II. (Doc. No. 104). Accordingly, Claims I and II remain pending before this Court. Defendant's Bill of Costs is denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Bill of Costs (Doc. No. 100) is **DENIED** as moot.

Dated this 17th day of March, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE